IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHUCK JETER, et al. )
)
v. ) NO. 3-13-0717
) JUDGE CAMPBELL
PORTFOLIO RECOVERY )
ASSOCIATES, LLC )

ORDER

Plaintiffs have filed a Notice of Dismissal with Prejudice (Docket No. 9), indicating that all matters in dispute herein have been resolved. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE